No. 90–1038. CIPOLLONE, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF CIPOLLONE v. LIGGETT GROUP, INC., ET

AL. C. A. 3d Cir. [Certiorari granted, 499 U. S. 935.] Motion of petitioner for leave to file a supplemental brief after argument granted.